# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LEWIS, | ) | 1: 05 CV F- 0173 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT USM 285 FORMS |
| | ) | |
| v. | ) | |
| | ) | |
| E. ALAMEIDA, et.al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983.  Plaintiff's complaint transferred to this Court on January 14, 2005 appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Adams and Ybarra for violation of plaintiff's due process rights.  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   Adams and Ybarra.

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summons, an instruction sheet and a copy of the complaint filed January 14, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following

1   documents:

2             a. Completed summons;

3             b.  One completed USM-285 form for each defendant listed above; and

4             c. Three (3) copies of the endorsed complaint filed January 14, 2005.

5       4.  Plaintiff need not attempt service on defendants and need not request waiver of service.

6   Upon receipt of the above-described documents, the court will direct the United States Marshal to

7   serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of

8   costs.

9       5.  Plaintiff's failure to comply with this order may result in sanctions, including dismissal of

10  this action.  Local Rule 11-110.

11

12

13

14

15       IT IS SO ORDERED.

16  **Dated:    July 12, 2005**                    **/s/ Dennis L. Beck**
    3c0hj8                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California                              2