UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEWIS, | 1:05-cv-00173-REc-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 20) |
| vs. | |
| E. ALAMEIDA, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
|     Defendants. | |

Plaintiff, David Lewis ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 14, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On July 27, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1   In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1.  The Findings and Recommendation, filed July 14, 2005, are ADOPTED IN FULL; and,

  2.  This action proceed against defendants Adams and Ybarra only; and,

  3.  Defendant Alameida and plaintiff's equal protection claims are DISMISSED.

  IT IS SO ORDERED.

**Dated:  September 15, 2005**           /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE