IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID K. LEWIS,** | 1:05-cv-0173 REC DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD S. ALAMEIDA, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file an opposition to Plaintiff's motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including July 20, 2006, to file an opposition to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:    June 15, 2006                        /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1