UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>        Defendants. | 1:05-CV-00173-AWI-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 43) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2006, plaintiff filed a motion to extend time to file an opposition to the motion for summary judgment filed by defendants on July 20, 2006. Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is GRANTED thirty days from the date of service of this order in which to file an opposition to the motion for summary judgment filed by defendants on July 20, 2006.

IT IS SO ORDERED.

**Dated:** **November 1, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE