UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>    Defendants. | 1:05-CV-00173-AWI-DLB-P<br><br>ORDER REGARDING PLAINTIFF'S "MOTION REQUEST FOR COURT ORDER...," SUBMITTED TO THE COURT ON AUGUST 8, 2006 |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2006, plaintiff notified the court of a pending motion he submitted to the court on August 8, 2006. Plaintiff also submitted a court-conformed copy of the first page of the motion as an exhibit, entitled "Plaintiff's Motion Request for Court Order for Copies of Authorities Cited by Defendnat's (sic) in Motion for Summary Judgment with [Proposed] Order."

    Due to inadvertence, plaintiff's motion was not entered on the court's record. The court does not possess a copy of plaintiff's entire motion. In order for the court to consider the motion, plaintiff must re-submit a copy of the entire motion for the court's consideration or file a new motion.

    IT IS SO ORDERED.

    **Dated:   November 1, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE