UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. LEWIS,<br><br>          Plaintiff,<br><br>vs.<br><br>ALAMEIDA, et al.,<br><br>          Defendants.<br>_____/ | 1:05-cv-00173-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 66)<br><br>**ORDER DENYING IN PART AND GRANTING IN PART MOTION FOR SUMMARY JUDGMENT** (Doc. 58)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS AGAINST PLAINTIFF**<br><br>**ORDER CONCLUDING ENTIRE ACTION** |

   Plaintiff, David K. Lewis ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On January 24, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On February 11, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 24, 2008, are ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed April 30, 2007, is DENIED on the grounds that plaintiff received due process in connection with the confiscation of his television, but nevertheless GRANTED on the grounds that plaintiff previously litigated this claim and judgment has been entered against him;

3. The Clerk of Court enter judgment in favor of defendants and against plaintiff; and,

4. This action is therefore CONCLUDED in its entirety.

IT IS SO ORDERED.

**Dated:   March 7, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE